Elise Elaine Weisbecker, Respondent, v. Charles Weisbecker, Appellant. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

The Equitable Life Assurance Society of the United States, Appellant, v. Emanuel Steuer and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Supplementary Proceedings: Benjamin S. Thaw, Judgment Creditor, Respondent, v. Wm. Glaubinger, Inc., and William Glaubinger, Judgment Debtors. Joseph G. Engel and Others, Third Party Appellants.— Determination appealed from and order of the City Court reversed, with twenty dollars costs and disbursements in this court, and ten dollars costs and disbursements in the Appellate Term, and the motion denied, with ten dollars costs, upon the ground that upon the facts set forth in the papers on appeal the petitioner was not entitled to this summary remedy. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of Ruth Levien, Respondent, for an Order Granting Leave to George S. Van Schaick, as Superintendent of Insurance of the State of New York, and/or as Liquidator of the General Indemnity Corporation of America, Appellant, to Pay to Said Ruth Levien Out of the Assets of Said General Indemnity Corporation of America a Fine Directed to Be Paid by a Justice of the City Court of the City of New York. — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Coastal Equipment Co., Inc., Respondent, v. Charles J. Herrick, as Receiver of Williamson-Howard Construction Company, and Another, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Coastal Equipment Co., Inc., Respondent, v. Charles J. Herrick, as Receiver of Williamson-Howard Construction Company, and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Sanford Jacobi and Others, Plaintiffs, v. Normandie National Securities Corporation and Others, Defendants. In the Matter of Determining the Amount of Compensation and Fee to Be Paid to Edward Siegel and Joseph Warmflash, Respondents, by Isidor Kahn, Appellant.— Judgment modified by reducing the amount of the judgment as entered to the sum of $1,500, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

Lester L. Jones and Others, Appellants, v. James Rae Clarke and Others, Defendants, Impleaded with Chase National Bank and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley and Glennon, JJ.

Fannie D. Carlton and Others, Appellants, v. James Rae Clarke and Others, Defendants, Impleaded with Chase National Bank and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley and Glennon, JJ.